No. 97–671.  CARABELLO *v.* CARABELLO ET AL.  Ct. App. Ky. Certiorari denied.

No. 97–673.  BARCLAY *v.* ALABAMA GAS CORP. ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 97–677.  SAYLOR ET UX. *v.* SAYLOR ET AL.  C. A. 6th Cir. Certiorari denied.

No. 97–680.  KOLODZIEJ *v.* SMITH ET AL.  Sup. Jud. Ct. Mass. Certiorari denied.

No. 97–683.  ARRON *v.* UNITED STATES ET AL.  C. A. 10th Cir. Certiorari denied.

No. 97–688.  WASHINGTON *v.* PANG.  Sup. Ct. Wash.  Certiorari denied.

No. 97–692.  WORLEY, ADMINISTRATRIX OF THE ESTATE OF WORLEY, DECEASED, ET AL. *v.* RICHMOND COUNTY ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 97–714.  TERRA INTERNATIONAL, INC. *v.* MISSISSIPPI CHEMICAL CORP.  C. A. 8th Cir.  Certiorari denied.

No. 97–764.  INTERACTIVE AMERICA CORP. *v.* FEDERAL COMMUNICATIONS COMMISSION.  C. A. D. C. Cir.  Certiorari denied.

No. 97–780.  MARTIN, ADMINISTRATOR OF THE ESTATE OF MARTIN, DECEASED *v.* BLUE CROSS & BLUE SHIELD OF VIRGINIA, INC.  C. A. 4th Cir.  Certiorari denied.

No. 97–787.  HENNEPIN COUNTY *v.* BEN OEHRLEINS & SONS & DAUGHTER, INC., ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 97–789.  WALKER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–810.  LAVENDER *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.